UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD J. FLEMING,<br><br>           Plaintiff,<br><br>  v.<br><br>ROSANNE FAUL, et al.,<br><br>          Defendants. | 1: 05-CV-00960-AWI-SMS<br><br>ORDER RE: FINDINGS AND RECOMMENDATION TO DISMISS ACTION FOR PLAINTIFF'S FAILURE TO COMPLY WITH A COURT ORDER AND PROSECUTE (DOC. 4) |

    Plaintiff is a state prisoner proceeding pro se with what appears to be an action for damages and other relief concerning alleged civil rights violations. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

    On October 14, 2005, the Court filed findings and a recommendation that the action be dismissed for Plaintiff's failure to comply with an order of the Court and for failing to prosecute this action. The order was served on Plaintiff by mail on the same date and contained notice that any objections to the findings and recommendations were to be filed within thirty (30) days of the date of service of the order. No party has filed any

objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the report and recommendation are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendation filed October 14, 2005, are ADOPTED IN FULL; and

2. The action IS DISMISSED without prejudice for failure to follow an order of the Court and failure to prosecute; and

3. The Clerk of Court IS DIRECTED to close this action because this order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   December 5, 2005**             /s/ Anthony W. Ishii
0m8i78                                  UNITED STATES DISTRICT JUDGE